```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :
                                        :       20Cr0179 (DLC)
PRINCE UKO,                             :
JACOB SAGIAO,                           :       ORDER
MARYLYNN PENEUETA,                      :
BRITT JACKSON,                          :
JOSHUA FITTEN,                          :
DONTAE COTTRELL,                        :
ARINZE OBIKA,                           :
NDUKWE ANYAOGU,                         :
HERMAN BASS,                            :
DAVID URO, and                          :
VICTOR AHAIWE,                          :
                         Defendants.    :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth in the Government's March 9, 2020 letter to the Court, it is hereby

ORDERED that those defendants who have yet to appear in the Southern District of New York, shall appear before the Magistrate Judge in Courtroom 5A, 500 Pearl Street, on or before March 20, 2020 for presentment and, if necessary, for appointment of counsel. The arraignment shall proceed before this Court as previously set on **March 27** at **12 p.m.** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          March 9, 2020

                              _____
                                    DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020