UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                -v-                          :
                                             :        20Cr0179 (DLC)
PRINCE UKO,                                  :
JACOB SAGIAO,                                :          ORDER
MARYLYNN PENEUETA,                           :
BRITT JACKSON,                               :
JOSHUA FITTEN,                               :
DONTAE COTTRELL,                             :
ARINZE OBIKA,                                :      USDC SDNY
NDUKWE ANYAOGU,                              :      DOCUMENT
HERMAN BASS,                                 :      ELECTRONICALLY FILED
DAVID URO, and                               :      DOC #:
VICTOR AHAIWE,                               :      DATE FILED: 3/13/2020
                        Defendants.          :
---------------------------------------------X

DENISE COTE, District Judge:

      IT IS HEREBY ORDERED that the March 9, 2020 Order is

revised as follows:

      Those defendants who have yet to appear in the Southern

District of New York, shall appear before the Magistrate Judge

in Courtroom 5A, 500 Pearl Street at **9 a.m.** on **Thursday, March**

**26, 2020** for presentment and, if necessary, for appointment of

counsel.

      IT IS FURTHER ORDERED that the arraignment and conference

will proceed on **Friday, March 27** at **12 p.m.** in Courtroom 18B,

500 Pearl Street.  A trial date will be set at this conference.


Dated:    New York, New York
          March 13, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge