UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                -v-                  :   20Cr0179 (DLC)
                                     :
PRINCE UKO,                          :   CORRECTED ORDER
JACOB SAGIAO,                        :
MARYLYNN PENEUETA,                   :
BRITT JACKSON,                       :
JOSHUA FITTEN,                       :
DONTAE COTTRELL,                     :
ARINZE OBIKA,                        :
NDUKWE ANYAOGU,                      :
HERMAN BASS,                         :
DAVID URO, and                       :
VICTOR AHAIWE,                       :
                                     :
                Defendants.          :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

An Order of March 15, 2020 misstated the Magistrate Judge's Courtroom for arraignment proceedings. This Order has been revised where underlined below, to provide accurate courtroom numbers.

An arraignment and initial pretrial conference in this case is scheduled to occur on Friday, March 27, 2020. The defendants who require appointment of counsel were ordered to appear before the Magistrate Judge on March 26 to arrange for the appointment of counsel in this district.

Through an Order issued by the Chief Judge of this district on March 13, time has been excluded under the Speedy Trial Act until April 27, 2020, for the reasons explained in that Order, for all cases pending in this district. It is hereby

ORDERED that the March 27 conference will proceed as scheduled for those defendants who wish to appear at that time before this Court. No trial date will be set at that time. Any defendant who wishes to appear on March 27 must notify the Government of that intention no later than **March 25** and, if they need counsel to be appointed to represent them, to appear before the Magistrate Judge in <u>Courtroom 5A</u>, 500 Pearl Street, New York, New York, 10007 on **March 26** at **9 am** for appointment of counsel.

IT IS FURTHER ORDERED that a conference at which all defendants must appear is scheduled for Friday, **May 8, 2020**, at **noon** in <u>Courtroom 18B</u>, 500 Pearl Street. A trial date will be set at that time.

IT IS FURTHER ORDERED that any defendant who requires appointment of counsel and does not have appointed counsel in this district shall appear before the Magistrate Judge in <u>Courtroom 5A</u>, 500 Pearl Street, on **May 7** at **9 am** for appointment of counsel.

IT IS FURTHER ORDERED that the Government shall provide counsel of each defendant with this Order.

IT IS FURTHER ORDERED that, for the reasons stated in the Order of the Chief Judge of the Southern District of New York on March 13, because public health concerns currently discourage movement of persons, and because many of the defendants named in this indictment reside in locations distant from New York City,

time under the Speedy Trial Act is excluded from March 13 until **May 8, 2020.** That exclusion is in the interest of justice and outweighs the best interests of the defendants and the public in a speedy trial. 18 U.S.C. § 3161.

Dated: New York, New York
March 16, 2020

_____
DENISE COTE
United States District Judge