```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
            -v-                          :    20Cr0179 (DLC)
                                         :
PRINCE UKO,                              :    ORDER
JACOB SAGIAO,                            :
MARYLYNN PENEUETA,                       :
BRITT JACKSON,                           :
JOSHUA FITTEN,                           :
DONTAE COTTRELL,                         :
ARINZE OBIKA,                            :
NDUKWE ANYAOGU,                          :
HERMAN BASS,                             :
DAVID URO, and                           :
VICTOR AHAIWE,                           :
                                         :
            Defendants.                  :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

DENISE COTE, District Judge:

An Order of March 16, 2020 informed the parties that the March 27 conference would proceed as scheduled for those defendants who wish to appear at that time before this Court, and required the defendants to inform the Government of their intention to appear by March 25. The March 16 Order also scheduled a conference for May 8, at which all defendants are required to appear and a trial date will be set.

On March 17, upon the Court's request, the Government submitted a letter outlining the possible ways that the defendants could be arraigned prior to May 8, 2020, without appearing in-person in Court. The Government also informed the Court that counsel in the Southern District of New York were informally appointed to represent those defendants who had not

yet been formally assigned counsel in this district. Accordingly, it is hereby

ORDERED that the informally appointed counsel are provisionally appointed to represent the defendants, subject to their future appearance before a judicial officer to complete the application process qualifying them for appointment of counsel in this District (the "Provisionally Appointed Counsel").

IT IS FURTHER ORDERED that by **March 20, 2020,** the Government shall advise the Provisionally Appointed Counsel of the contact information for the defendants.

IT IS FURTHER ORDERED that by **March 25, 2020,** the Provisionally Appointed Counsel shall inform this Court of whether they have communicated with the defendant.

Dated: New York, New York
March 18, 2020

DENISE COTE
United States District Judge