```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
          -v-                            :      20Cr0179 (DLC)
                                         :
PRINCE UKO,                              :          ORDER
JACOB SAGIAO,                            :
MARYLYNN PENEUETA,                       :
BRITT JACKSON,                           :
JOSHUA FITTEN,                           :
DONTAE COTTRELL,                         :
ARINZE OBIKA,                            :
NDUKWE ANYAOGU,                          :
HERMAN BASS,                             :
DAVID URO, and                           :
VICTOR AHAIWE,                           :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of March 18, 2020 directed counsel for the defendants to inform this Court by March 25, 2020 of whether they have communicated with the defendants.  Rule 10(b), Fed. R. Crim. P., provides in relevant part, that

> [a] defendant need not be present for the arraignment if:
> (1) the defendant has been charged by indictment . . . ;
> (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment . . . and that the plea is not guilty; and (3) the court accepts the waiver."

It is hereby

ORDERED that counsel for each of the defendants shall confer with the defendant to determine whether the defendant wishes to waive their right to appear at an arraignment, has

received a copy of the indictment, and will enter a plea of not guilty, pursuant to Rule 10(b), Fed. R. Crim. P.

IT IS FURTHER ORDERED that counsel for each of the defendants shall inform this Court by Friday, **March 27, 2020,** as to whether the defendant had chosen to waive their rights pursuant to Rule 10(b) and will enter a plea of not guilty in writing.

IT IS FURTHER ORDERED that, if a defendant elects to waive the defendant's right to appear for arraignment, counsel for the defendants shall file written waivers, executed by counsel and the defendant, by **April 1, 2020**.

Dated: New York, New York
March 23, 2020

```
_____
       DENISE COTE
United States District Judge
```