```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :         20Cr0179 (DLC)
                                     :
PRINCE UKO,                          :         ORDER
JACOB SAGIAO,                        :
MARYLYNN PENEUETA,                   :
BRITT JACKSON,                       :
JOSHUA FITTEN,                       :
DONTAE COTTRELL,                     :
ARINZE OBIKA,                        :
NDUKWE ANYAOGU,                      :
HERMAN BASS,                         :
DAVID URO, and                       :
VICTOR AHAIWE,                       :
                                     :
              Defendants.            :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

The above-captioned matter is scheduled for arraignment and an initial conference May 8 at noon. As the Court has previously advised counsel, a trial date will be selected at that time. Accordingly, it is hereby

ORDERED that the parties shall attempt to reach agreement by May 6 on a trial date. They may discuss the following dates as options: October 6, 2020, January 11, 2021 or March 1, 2021.

IT IS FURTHER ORDERED that the Government will advise the Court in writing by May 6 of the date chosen by the parties for the trial, or of any disagreement regarding the trial date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/2020

IT IS FURTHER ORDERED that any motions for severance will be due approximately a month before the trial.

Dated: New York, New York
April 10, 2020

_____
DENISE COTE
United States District Judge