```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
              -v-                         :    20Cr0179 (DLC)
                                          :
PRINCE UKO,                               :        ORDER
JACOB SAGIAO,                             :
MARYLYNN PENEUETA,                        :
BRITT JACKSON,                            :
JOSHUA FITTEN,                            :
DONTAE COTTRELL,                          :
ARINZE OBIKA,                             :
NDUKWE ANYAOGU,                           :
HERMAN BASS,                              :
DAVID URO, and                            :
VICTOR AHAIWE,                            :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

An initial conference in this action to be held by telephone due to the COVID-19 pandemic is scheduled to occur on May 8, 2020. As the parties have been advised, at that conference the defendants will be arraigned to the extent that has not already occurred and a trial date will be chosen. On April 10, 2020, the Court provided the parties with three alternative trial dates for their consideration.

Ten of the eleven defendants have been presented and have either retained counsel or have had counsel appointed to represent them. One defendant remains at large. Prince Uko was arraigned on March 20. The remaining nine defendants have not been arraigned. All nine defendants have indicated their

intention to waive their right to be present in court for their arraignment and have signed written waivers recording that fact. The Court understands that no defendant requires the assistance of an interpreter.

At the May 8 conference, the Court will confirm in colloquy with each defendant that he or she consents to the conference proceeding telephonically, and that the nine defendants who need to be arraigned consent to their arraignment proceeding telephonically and without an opportunity to appear in person before the Court.  Assuming such consent is confirmed, the arraignment of the nine defendants will then occur.  After the Government recites the procedural history of this case and outlines the nature of the evidence it intends to offer at any trial, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed. To assist in the conduct of the conference, it is hereby

ORDERED that, if any of the defendants do not intend to participate in the conference via telephone, in other words, at all, counsel shall inform the Court by **May 1, 2020.**

IT IS FURTHER ORDERED that by **May 1, 2020** the parties shall send to the Chambers email, CoteNYSDChambers@nysd.uscourts.gov, each of the telephone numbers that each defendant and each attorney will be using to access the May 8 conference.

IT IS FURTHER ORDERED that the parties are reminded that the dial-in credentials for the May 8 conference are the following:

        Dial-in:     888-363-4749
    Access code:   4324948

The parties shall use a landline if one is available.


Dated:    New York, New York
         April 24, 2020

                        _____
                            DENISE COTE
                United States District Judge