**LAW OFFICE OF**
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

November 17, 2020

**By ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: *United States v. Uko*, 20 Cr. 179 (DLC)

Your Honor:

I represent Prince Uko in the above-captioned case and I write respectfully to request (1) authorization to file interim vouchers and (2) enlargement of my appointment *nunc pro tunc* to March 17, 2020 – three days earlier than reflected in the appointment order. I was appointed to represent Mr. Uko last March and I have not submitted a voucher to date. I believe this case will last some time longer.

Thank you for your consideration.

Respectfully submitted,

 /s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Prince Uko*

Granted.  11.18.20

_____
DENISE COTE
United States District Judge