```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :    20cr179-1(DLC)
                                      :
              -v-                     :        ORDER
                                      :
PRINCE UKO,                           :
                                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing and treatment as directed.

Dated:   New York, New York
         June 17, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge